**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, MARSHALL LOSKOT**

**Randall C. Nelson,** State Bar #138298
**Benjamin L. Kennedy,** State Bar #232889
bkennedy@ckpf.com
**CARR, KENNEDY, PETERSON & FROST**
420 Redcliff Drive
Redding, CA 96002
(530) 222-2100
 FAX 222-0504

**Attorneys for Defendants JOEL and
RHONDA SNOW, dba QUALITY SAW**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No.  2:12-CV-480 CMK |
|         Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| **JOEL SNOW, RHONDA SNOW, dba QUALITY SAW & MOWER, and DOES ONE through FIFTY, inclusive,** | |
|         Defendants. | |

Plaintiff **MARSHALL LOSKOT** and Defendants **JOEL SNOW, RHONDA SNOW, dba QUALITY SAW & MOWER**,  (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with

prejudice.

**SINGLETON LAW GROUP**

Dated:    August 23, 2012      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**CARR, KENNEDY, PETERSON & FROST**

Dated:    August 22, 2012      /s/ Benjamin L. Kennedy
Benjamin L. Kennedy, Attorneys for Defendants
**JOEL and RHONDA SNOW**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>LOSKOT vs SNOW, et al.</u>, Case Number 12-CV-480 CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

**Date:  9/4/2012**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE